UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOCTOR'S ASSOCIATES INC. : | Case No. |
| Plaintiff, : | |
| v. : | |
| HUMA MALIK, : | |
| Defendant : | September 28, 2017 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Doctor's Associates Inc. ("DAI") states that Subway IP, Inc. ("SIP") owns 100% of DAI. Neither DAI nor SIP is publicly traded. No publicly traded company holds more than 10% of DAI's stock.

```
                              PLAINTIFF
                              DOCTOR'S ASSOCIATES INC.

                        By:  _____
                              Frank J. Mottola III (ct 30019)
                              325 Sub Way
                              Milford, CT 06461
                              203-877-4281, ext. 1381
                              203-783-7381 fax
                              mottola_f@subway.com
```